**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MARK COAL STREET ASSOCIATES, L.P., : No. 630 MAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
RAYMOND A. HASSEY AND JOSEPH A. :
HASSEY, AS TRUSTEES OF TRUST T/A :
CENTRAL DEVELOPMENT GROUP, :
:
Petitioners :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.